**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**District of Puerto Rico**

Case number (if known): _____   Chapter **11**

☐ Check if this is an amended filing

## Official Form 201

### Voluntary Petition for Non-Individuals Filing for Bankruptcy
**06/24**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **SAPOBLA INVESTMENTS LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 6 6 – 0 9 2 1 2 6 6 | |
| **4. Debtor's address** | **Principal place of business** <br><br> 2212 Calle Gen Del Valle <br> Number  Street <br><br> San Juan, PR 00913-4514 <br> City  State  ZIP Code <br><br> San Juan <br> County | **Mailing address, if different from principal place of business** <br><br> Number  Street <br><br> City  State  ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number  Street <br><br> City  State  ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

## CORPORATE RESOLUTION
### SA POBLA INVESTMENTS, LLC

I, Fermin M. Fracinetti Rivas, as President of SA POBLA INVESTMENTS, LLC, states and certifies as follows:

**WHEREAS**, that my name is as stated above, that I am of legal age, married of civil status, attorney and a resident of San Juan, Puerto Rico.

**WHEREAS**, SA POBLA INVESTMENTS, LLC, a for-profit limited liability company duly organized and existing under the laws of the Commonwealth of Puerto Rico with Register No. 419514, desires to file for relief under the Bankruptcy Code;

**WHEREAS**, it is in the best interests of SA POBLA INVESTMENTS, LLC to authorize Fermin M. Fracinetti Rivas to act on behalf of SA POBLA INVESTMENTS, LLC in all matters related to the bankruptcy proceedings, including but not limited to, the filing of petitions, schedules, and other necessary documents, and to take all actions deemed necessary or advisable in connection with the bankruptcy case;

**NOW, THEREFORE, BE IT RESOLVED**, that SA POBLA INVESTMENTS, LLC hereby authorize and empower Fermin M. Fracinetti Rivas to represent SA POBLA INVESTMENTS, LLC in all matters related to the bankruptcy case, including but not limited to, executing all necessary documents, retaining legal counsel, appearing in court proceedings, and taking any other actions required for the proper administration of the case;

**RESOLVED FURTHER**, that Fermin M. Fracinetti Rivas is authorized to engage and direct legal counsel, financial advisors, and other professionals as necessary to assist in the bankruptcy process and to negotiate and execute any agreements or settlements in the best interests of SA POBLA INVESTMENTS, LLC;

**RESOLVED FURTHER**, that the foregoing Corporate Resolution has not been revoked or modified.

**IN WITNESS WHEREOF**, the undersigned have executed this Corporate Resolution in San Juan, Puerto Rico, on this 28th day of February, 2025.

_____
**FERMIN M. FRACINETTI RIVAS**

**[PRESIDENT]**

Debtor **SAPOBLA INVESTMENTS LLC**      Case number *(if known)*
     Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*
    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                           MM / DD / YYYY
      District _____ When _____ Case number _____
                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
      District _____ When _____
                                 MM / DD / YYYY
      Case number, if known _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor   **SAPOBLA INVESTMENTS LLC** _____   Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　　Number　Street<br>　　_____<br>　　City　　　　　　　　State　ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　Contact name _____<br>　　　　Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　☐ 50-99　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor   **SAPOBLA INVESTMENTS LLC**                                                 Case number *(if known)*
         Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03/04/2025**
             MM/ DD/ YYYY

X  **/s/ FERMIN FRANCINETTI RIVAS**              **FERMIN FRANCINETTI RIVAS**
   *Fermin Fracinetti (Mar 4, 2025 09:34 AST)*   Printed name
   Signature of authorized representative of debtor

Title  **FERMIN FRANCINETTI RIVAS**

**18. Signature of attorney**

X  **/s/ Jesus Enrique Batista Sanchez**         Date  **03/04/2025**
   Signature of attorney for debtor                     MM/ DD/ YYYY

**Jesus Enrique Batista Sanchez**
Printed name

**The Batista Law Group, PSC**
Firm name

**239 Ave Arterial Hostos Ste 206**
Number     Street

**San Juan**                    **PR**         **00918-1475**
City                            State          ZIP Code

**(787) 620-2856**              **jeb@batistasanchez.com**
Contact phone                   Email address

**USDC No. 227014**             **PR**
Bar number                      State

Fill in this information to identify the case:

Debtor name: **SAPOBLA INVESTMENTS LLC**

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CANTERO FRAU GROUP PINC<br>659 Calle Mckinley Apt 4<br>San Juan, PR 00907-3200 | | CONTRIBUTION CLAIM | | | | $561,098.28 |
| 2 | SANTIAGO MIRANDA CPA GROUP LLC<br>34 PADILLA EL CARIBE<br>Caguas, PR 00725-3744 | | BREACH OF CONTRACT | | | | $561,098.28 |
| 3 | SAMPIERDARENA INVESTMENTS LLC<br>212 CALLE GENERAL DEL VALLE PARK BLVD<br>San Juan, PR 00913 | | SUBROGATION | | | | $200,000.00 |
| 4 | GENESIS SECURITY SERVICES, INC.<br>5900 Ave Isla Verde # L2 Pmb 438<br>Carolina, PR 00979-5746 | | ADMINISTRATIVE SUPPORT | | | | $30,000.00 |
| 5 | VIOTA & ASSOCIATES CPA LLC<br>T MOBILE CENTER BLDG B7 TABONUCO 1604<br>Guaynabo, PR 00968 | | PROFESSIONAL SERVICES | | | | $600.00 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor __SAPOBLA INVESTMENTS LLC__   Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 2

CANTERO FRAU GROUP PINC
659 Calle Mckinley Apt 4
San Juan, PR 00907-3200


GENESIS SECURITY
SERVICES, INC.
5900 Ave Isla Verde # L2 Pmb 438
Carolina, PR 00979-5746


SAMPIERDARENA
INVESTMENTS LLC
212 CALLE GENERAL DEL VALLE PARK
BLVD
San Juan, PR 00913

SANTIAGO MIRANDA CPA
GROUP LLC
34 PADILLA EL CARIBE
Caguas, PR 00725-3744


VIOTA & ASSOCIATES CPA
LLC
T MOBILE CENTER BLDG B7 TABONUCO
1604
Guaynabo, PR 00968


Fermin Fracine (Mar 4, 2025 09:34 AST)

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO
HATO REY DIVISION

IN RE: **SAPOBLA INVESTMENTS LLC**                                              CASE NO

                                                                                CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **03/04/2025**        Signature         **/s/ FERMIN FRANCINETTI RIVAS**
                                            FERMIN FRANCINETTI RIVAS, FERMIN FRANCINETTI RIVAS


Fermin Fracinetti (Mar 4, 2025 09:34 AST)